

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 20, 2013

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 19, 2013



RECEIVED
MAR 20 2013
CHAMBERS OF
JUDGE GRIESA

By Hand
Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street, Room 1630
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   Dunahoo v. FBI,
      13 Civ. 514 (TPG)

Dear Judge Griesa:

   I write respectfully to request a forty-five day extension of time, from March 29, 2013 to May 13, 2013, to respond to the complaint in the above-referenced civil action. This is the Government's first request for an extension of time.

   This is a complaint in which plaintiff, who is appearing pro se, claims that the "FBI had a fiduciary duty to protect Plaintiff but instead, violated, breached, compromised, and failed to protect and implement 18 U.S.C. § 3771, rights for federal crime victims as it relates to Plaintiff." I have reviewed the complaint, and I intend to file a motion to dismiss. Accordingly, I request a forty-five day extension to allow the Government sufficient time to research the issues and file a dispositive motion or, in the alternative, an answer to the complaint. I have attempted to contacted Plaintiff to obtain his consent to this request but have been unable to reach him.

   I thank the Court for its consideration of this request.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

*Approved.*
*Thomas P. Griesa*
*USDJ*
*3/20/13*

cc: <u>By Federal Express</u>
    Mitchell E. Dunahoo
    560 West 43rd Street #36F
    New York, NY 10036

2